*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

FREDIE PHILLIP KORYAL,

        Defendant-Appellant.

UNPUBLISHED
August 29, 2019

No. 343794
Oakland Circuit Court
LC No. 2017-264035-FC

Before: SHAPIRO, P.J., and GLEICHER and SWARTZLE, JJ.

SHAPIRO, P.J. (*concurring*).

        I concur in the result only.